District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN ELAKIL, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-02104-RSM<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>January 17, 2025 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 23, 2025. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff Elakil's Form I-130, Petition for Alien Relative. Defendants' response to the Complaint is currently due on February 28, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until May 23, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02104-RSM] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1 control the disposition of the causes on its docket with economy of time and effort for itself, for
2 counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
3 P. 1.

4       With additional time, this case may be resolved without the need of further judicial
5 intervention. USCIS recently issued a Notice of Intent to Deny ("NOID") the Form I-130.
6 Plaintiff has until April 19, 2025, to submit a response to the NOID. Once Plaintiff has
7 submitted the response, USCIS will need time to review it and continue with processing of the
8 Form I-130. Because further litigation may not be necessary after the review is completed, the
9 parties agree that holding this case in abeyance through May 23, 2025, is appropriate. Therefore,
10 the parties believe good cause exists for a stay in these proceedings to save the parties and this
11 Court from spending unnecessary time and judicial resources on this matter.

12       Accordingly, the parties request that the Court hold the case in abeyance until May 23,
13 2025. The parties will submit a joint status report on or before May 23, 2025.

14 //

15

16 //

17

18 //

19

20 //

21

22 //

23

24 //

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02104-RSM] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1     DATED this 17th day of January, 2025.

2 Respectfully submitted,

3 TESSA M. GORMAN      JEELANI LAW FIRM, PLC
United States Attorney

*s/ Michelle R. Lambert*      *s/ Sadaf F. Ahmed*
MICHELLE R. LAMBERT, NYS #4666657    SADAF F. AHMED, PHV
Assistant United States Attorney      Jeelani Law Firm, PLC
United States Attorney's Office      3701 W. Algonquin Road, Suite 630
Western District of Washington      Rolling Meadows, Illinois 60008
1201 Pacific Avenue, Suite 700      Phone: 312-767-9030
Tacoma, Washington 98402      Email: sadaf@jeelani-law.com
Phone: (253) 428-3824
Fax:    (253) 428-3826      GIBBS HOUSTON PAUW
Email: michelle.lambert@usdoj.gov

                                     *s/ Adam Boyd*
*Attorneys for Defendants*      ADAM BOYD WSBA# 49849
     Gibbs Houston Pauw
*I certify that this memorandum contains 328*    1000 Second Avenue, Suite 1600
*words, in compliance with the Local Civil Rules.*   Seattle, Washington 98104-1003
     Phone: 206-682-1080
     Email: adam.boyd@ghp-law.net

     *Attorneys for Plaintiffs*

STIPULATED MOTION FOR ABEYANCE      UNITED STATES ATTORNEY
[Case No. 2:24-cv-02104-RSM] - 3      1201 PACIFIC AVE., STE. 700
     TACOMA, WA 98402
     (253) 428-3800

**ORDER**

The case is held in abeyance until May 23, 2025. The parties shall submit a status update on or before May 23, 2025. It is so **ORDERED**.

DATED this 21st day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-02104-RSM] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800